[No. 63842-4-I.  Division One.  November 2, 2009.]

JEAN I. SIMMONDS, *Respondent*, v. GUY SODERLIND,
*Individually and as Personal
Representative, Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-2-00048-7, Craddock D. Verser, J., entered July 1, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 63870-0-I.  Division One.  November 2, 2009.]

*In the Matter of the Marriage of* HEATHER S. SHAY,
*Appellant*, and BRIAN J. SHAY, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-3-00217-1, F. Mark McCauley, J., entered September 22, 2008. *Dismissed* by unpublished opinion per Agid, J., concurred in by Dwyer A.C.J., and Ellington, J.

[No. 63873-4-I.  Division One.  November 2, 2009.]

*In the Matter of the Adoption of* BRITTANY NATASHA FRAZER
ET AL.

SAMUEL JAMES EVANS, *Respondent*, v. DENISE MARIE EVANS,
*Defendant*, JEFFREY JON FRAZER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 07-5-00368-6, Edwin L. Poyfair, J., entered September 25, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.

[No. 63880-7-I.  Division One.  November 2, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. JESSE WILLINGHAM,
*Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 08-1-00182-8, Craddock D. Verser, J., entered November 14, 2008. *Reversed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Appelwick, JJ.